**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Miguel LOPEZ–RUIZ, Defendant—Appellant.**

**No. 11–30178.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 19, 2012.

Thomas H. Edmonds, Assistant U.S., Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Miguel Lopez–Ruiz, pro se.

John E. Storkel, Storkel & Grefenson, P.C. Attorneys at Law, Salem, OR, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

## MEMORANDUM [**]

Miguel Lopez–Ruiz appeals from his guilty-plea conviction and 21–month sentence for unlawfully re-entering the United States following deportation, in violation of 8 U.S.C. § 1326 and eluding examination and inspection by immigration officials, in violation of 8 U.S.C. § 1325(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Ruiz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.